1
2
3
4
5
6
7
8

### UNITED STATES DISTRICT COURT

9

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | Case No. 21cr2153-CAB |
| 11              Plaintiff, | PRELIMINARY ORDER OF |
| 12       v. | CRIMINAL FORFEITURE |
| 13  JUAN LANDON (5), | |
| 14              Defendant. | |

15

16      WHEREAS, in the Superseding Indictment the United States sought forfeiture

17 of all right, title, and interest in properties of Defendant JUAN LANDON

18 ("Defendant"), pursuant to 21 U.S.C. § 853, 18 U.S.C. §§ 981(a)(1)(C), and 28

19 U.S.C. § 2461(c) as proceeds Defendant obtained directly or indirectly from the

20 offenses charged in Counts 1 through 3 and 5 through 7 of the Superseding

21 Indictment, as well as any properties involved in the offenses charged in Counts 1, 2

22 and 5 through 7, and any properties traceable to such properties.

23      WHEREAS, on or about July 28, 2022, Defendant pled guilty before

24 Magistrate Judge Mitchell D. Dembin to Counts 1 and 2 of the Superseding

25 Indictment which charged violations of Title 21, United States Code, Sections 841

26 and 846, which pleas included consent to the forfeiture allegations of the Superseding

27 Indictment, and consent to forfeiture of all property seized in connection with the

28 case, including but not limited to:

1         •    Taurus Arms G2c 9mm Pistol Serial Number AAL005631; and

2         •    Twelve rounds of 9mm Ammunition; and

3        WHEREAS, by virtue of the facts set forth in the plea agreement and financial

4 addendum, the Court finds that the United States has established the requisite nexus

5 between the forfeited firearm and ammunition and the offenses; and

6        WHEREAS, by virtue of said guilty pleas and the Court's findings, the

7 United States is now entitled to possession of the above-referenced firearm and

8 ammunition pursuant to Title 21, U.S.C. § 853(a) and Rule 32.2(b) of the Federal

9 Rules of Criminal Procedure; and

10        WHEREAS, pursuant to Rule 32.2(b), the United States having requested the

11 authority to take custody of the forfeited properties which are hereby found

12 forfeitable by the Court; and

13        WHEREAS, the United States, having submitted the Order herein to the

14 Defendant through his attorney of record, to review, and no objections having been

15 received;

16        Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

17        1.      Based on the guilty pleas of the Defendant to Counts 1 and 2 of the

18 Superseding Indictment, the United States is hereby authorized to take custody and

19 control of the following firearm and ammunition, and all right, title, and interest of

20 Defendant JUAN LANDON in them are hereby forfeited to the United States

21 pursuant to 21 U.S.C. § 853(a) for the disposition in accordance with the law, subject

22 to the provisions of 21 U.S.C. § 853(n):

23         •    Taurus Arms G2c 9mm Pistol Serial Number AAL005631; and

24         •    Twelve rounds of 9mm Ammunition; and

25        2.      The aforementioned forfeited assets are to be held by the Drug

26 Enforcement Administration in its secure custody and control.

27        3.      Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized

28 to begin proceedings consistent with any statutory requirements pertaining to

1  ancillary hearings and rights of third parties.  The Court shall conduct ancillary

2  proceedings as the Court deems appropriate only upon the receipt of timely third-

3  party petitions filed with the Court and served upon the United States.  The Court

4  may determine any petition without the need for further hearings upon the receipt of

5  the Government's response to any petition.  The Court may enter an amended order

6  without further notice to the parties.

7      4.      Pursuant to the Attorney General's authority under Section 853(n)(1) of

8  Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the

9  Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,

10  the United States forthwith shall publish for thirty (30) consecutive days on the

11  Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of

12  the United States' intent to dispose of the firearm and ammunition in such manner as

13  the Attorney General may direct, and notice that any person, other than the

14  Defendant, having or claiming a legal interest in the above-listed forfeited firearm

15  and ammunition must file a petition with the Court within thirty (30) days of the final

16  publication of notice or of receipt of actual notice, whichever is earlier.

17      5.      This notice shall state that the petition shall be for a hearing to

18  adjudicate the validity of the petitioner's alleged interest in the firearm and

19  ammunition, shall be signed by the petitioner under penalty of perjury, and shall set

20  forth the nature and extent of the petitioner's right, title, or interest in the forfeited

21  firearm and ammunition and any additional facts supporting the petitioner's claim

22  and the relief sought.

23      6.      The United States shall also, to the extent practicable, provide direct

24  written notice to any person known to have alleged an interest in the firearm and

25  ammunition that are the subject of the Preliminary Order of Criminal Forfeiture, as a

26  substitute for published notice as to those persons so notified.

27

28

1      7.      Upon adjudication of all third-party interests, this Court will enter an

2 Amended Order of Forfeiture pursuant to Title 21 U.S.C. § 853(n) as to the

3 aforementioned assets, in which all interests will be addressed.

4      8.      Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final

5 as to the Defendant at the time of sentencing and is part of the sentence and included

6 in the judgement.

7      **IT IS SO ORDERED.**

8

9      DATED: 11/16/2022

10

11                    Honorable Cathy Ann Bencivengo
                     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                     21cr2153